```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BECKLEY
```

**UNITED STATES OF AMERICA**

v.                                          CRIMINAL NO. 5:05-00094-01

**SHARITA PANKEY**

### MEMORANDUM OPINION AND ORDER

The court is in receipt of a letter from defendant, which the court has had filed, requesting that the court enter an amended judgment in her case allowing her to begin payment of her financial obligations sixty days after her release from imprisonment. In the court's November 17, 2005 judgment order, the court ordered defendant to pay a $1,000.00 fine and a mandatory $100.00 special assessment, with payments to begin during defendant's incarceration in quarterly payments of $25.00 made through participation in the Bureau of Prisons' Inmate Financial Responsibility Program. (See Doc. No. 56 at 7.)

The court believes the criminal monetary obligations of defendant's sentence to be reasonable and sufficient, but not greater than necessary, to satisfy the objectives of sentencing set forth in 18 U.S.C. § 3553 and United States v. Booker, 543 U.S. 220 (2005), and United States v. Hughes, 396 F.3d 374 (4th Cir. 2005). The court further believes the conditions of payment of these monetary obligations to be consistent with the factors set forth in 18 U.S.C. § 3553(a) and 18 U.S.C. § 3572.

Defendant's letter-form motion is therefore **DENIED**.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant, counsel of record, the Probation Office of this court, the United States Marshal for the Southern District of West Virginia, and the Bureau of Prisons.

It is **SO ORDERED** this 22nd day of March, 2007.

                ENTER:

                *David A. Faber*
                David A. Faber
                Chief Judge