```
       IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT BECKLEY
```

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 5:05-00094-01

SHARITA LASHAWN PANKEY

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to hold in abeyance consideration of the court's motion, pursuant to 18 U.S.C. § 3582(c)(2), to reduce defendant's sentence based on a subsequent reduction in the applicable sentencing guideline. Defendant requests that the court wait to rule on the § 3582 motion until after the Fourth Circuit completes consideration of her case. For good cause shown, defendant's motion is **GRANTED**.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to defendant, counsel of record, and the United States Probation Office.

**IT IS SO ORDERED** this 6th day of March, 2008.

ENTER:

_David A. Faber_
David A. Faber
United States District Judge